Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Bankruptcy Proceeding No.: 18−26644
Chapter: 7
Judge: LaShonda A. Hunt

In Re:
  Latifah Murphy
  9212 Hunter Dr
  Apt 202
  Orland Hills, IL 60487

Social Security No.:
  xxx−xx−1615

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 719, Chicago, IL 60604

on November 1, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 9, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Latifah Murphy
9212 Hunter Dr
Apt 202
Orland Hills, IL 60487
SSN: xxx−xx−1615 EIN: N.A.

Case No. : 18−26644
Chapter : 7
Judge : LaShonda A. Hunt

---

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

- **Statement of Financial Affairs (Form 107/207).**
- **Schedule A−B (Form 106A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D).**
- **Schedule E/F (Form 106E/F).**
- **Schedule G (Form 106G).**
- **Schedule H (Form 106H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 9, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court